# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 25, 2024

**CASE OF:** In Re: Amendments to Rules Regulating The Florida Bar - Rules 6-3.5 and 6-3.6

**DOCKET NO.:** SC2024-0237

**OPINION FILED:** August 22, 2024

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 8, line 27, underlined "F" was changed to underlined "E".

**SIGNED: OPINION CLERK**